# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| JUAN SAN MIGUEL, JR., Individually and On Behalf of All Others Similarly Situated, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Cause No. 1:13-CV-00643-RC-ZJH |
| BEAUMONT INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| *Defendant*. | § | |

## ORDER

Pending before the Court is the parties' Joint Notice of Settlement in Principle and Motion to Continue All Trial Deadlines Pending Final Approval by BISD's Board of Managers. Upon consideration of the Motion, it is the opinion of this Court that it should be GRANTED.

It is, therefore, ORDERED that the parties' Joint Notice of Settlement in Principle and Motion to Continue All Trial Deadlines Pending Final Approval by BISD's Board of Managers is GRANTED, and all remaining deadlines in this cause are hereby continued pending formal settlement approval by BISD's Board of Managers.

SIGNED this 29th day of September, 2015.

_____
Zack Hawthorn
United States Magistrate Judge