**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| **SAN MIGUEL** | § | |
| | § | |
| **v.** | § | **NO. 1:13-CV-643** |
| | § | |
| **BEAUMONT INDEPENDENT SCHOOL DISTRICT** | § § | |

## ORDER OF DISMISSAL

Pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, the Local Rules of the United States District Court for the Eastern District of Texas, Appendix B, and order of the District Court (Doc. No. 34), this matter is before the undersigned United States Magistrate Judge for all proceedings and entry of judgment in accordance with the consent of the parties.

The parties' joint "Stipulation of Dismissal" (Doc. No. 74) is accepted. Accordingly, the above case is dismissed with prejudice with each party to bear its own costs of court. The court retains jurisdiction to enforce any settlement. The clerk is directed to close the case and deny all pending motions as moot.

SIGNED this 14th day of December, 2015.

_____
Zack Hawthorn
United States Magistrate Judge